STATE OF OREGON,
*Respondent,*

*v.*

JAMES DEWAYNE REEDY,
*Appellant.*

98-677; A110174

48 P3d 213

Daniel M. Carroll, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Michael J. Slauson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Affirmed. *State v. Fry*, 180 Or App 237, 42 P3d 369 (2002).